IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DANIELLE CORRIDEAN,** | 06-CV-524-HU |
| Plaintiff, | ORDER |
| v. | |
| **RESTORE FINANCIAL SERVICES and SERGEANTS TOWING, INC.,** | |
| Defendants. | |

**JON M. EGAN**
Jon M. Egan, PC
240 Sixth Street
Lake Oswego, OR 97034
(503) 697-3427

        Attorney for Plaintiff

**JEFFREY I. HASSON**
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230
(503) 255-5352

        Attorneys for Defendant Restore Financial Services
        Network, LLC

1 - ORDER

**SEAN DONAHUE**
Donahue & Associates
1625 Umpqua Bank Plaza
One SW Columbia Street
Portland, OR 97258
(503) 226-1084

      Attorneys for Defendant Sergeants Towing, Inc.

**BROWN, Judge.**

      Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#100) on January 22, 2007, in which he recommended the Court grant Defendants' Motions for Summary Judgment (#40, #44), deny as moot Plaintiff's Motions to Strike (#55, #58), decline to exercise supplemental jurisdiction over the state-law claim, and dismiss this matter. Plaintiff filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

      When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982). This Court has carefully considered the objections of Plaintiff and concludes Plaintiff's objections do not provide a basis to modify the

2 - ORDER

Findings and Recommendation.  This Court also has reviewed a transcript of the hearing held November 20, 2006; has reviewed the pertinent portions of the record *de novo*; and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#100) and, accordingly, **GRANTS** Defendants' Motions for Summary Judgment (#40, #44), **DENIES as moot** Plaintiff's Motions to Strike (#55, #58), **DECLINES** to exercise supplemental jurisdiction over Plaintiff's state-law claims, and **DISMISSES** this action.

IT IS SO ORDERED.

DATED this 10th day of April, 2007.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3 - ORDER