IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIELLE CORRIDEAN,                                    06-CV-524-HU
individually and on behalf of
all similarly situated persons,                        ORDER

        Plaintiff,

v.

RESTORE FINANCIAL SERVICES
NETWORK LLC, an Oregon
corporation; and SERGEANTS
TOWING, INC., an Oregon
corporation,

        Defendants.


JON M. EGAN
240 Sixth Street
Lake Oswego, OR 97034-2931
(503) 697-3427

    Attorney for Plaintiff


1 - ORDER

**JEFFREY I. HASSON**
Davenport & Hasson, LLP
12707 N.E. Halsey Street
Portland, OR 97230
(503) 255-5352

>     Attorneys for Defendant Restore Financial Services
>     Network LLC

**SEAN DONAHUE**
Donahue & Associates
One S.W. Columbia Street
Suite 1620
Portland, OR 97258
(503) 226-1084

>     Attorneys for Defendant Sergeants Towing, Inc.

**BROWN, Judge.**

Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#124) on May 22, 2007, in which he recommended this Court deny Defendant Restore Financial Services Network LLC's Motion for Attorney Fees and Costs (#108), deny Restore Financial Services's Bill of Costs (#116), deny Defendant Sergeants Towing, Inc.'s Motion for Attorney Fees (#111), grant in part and deny in part Sergeants Towing's Bill of Costs (#114), and award $333.90 in costs to Sergeants Towing. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley*

*Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#124). Accordingly, the Court:

1. **DENIES** Restore Financial Services's Motion for Attorney Fees and Costs (#108),

2. **DENIES** Restore Financial Services's Bill of Costs (#116),

3. **DENIES** Sergeants Towing's Motion for Attorney Fees (#111),

4. **GRANTS in part** and **DENIES in part** Sergeants Towing's Bill of Costs (#114), and

5. **AWARDS** Sergeants Towing **$333.90** in costs.

IT IS SO ORDERED.

DATED this 6th day of July, 2007.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3 - ORDER